**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

DAVID LEWALLEN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

---

**NOTICE OF REMOVAL**

---

Defendant Life Insurance Company of North America ("LINA") submits this Notice of Removal for the purpose of removing the above-entitled action from the District Court of Boulder County, Colorado to the United States District Court for the District of Colorado, and states as follows in support of this removal.

1. Plaintiff David Lewallen ("Lewallen") is an individual who resides in Boulder County, Colorado. *See* Complaint, at ¶ 1, a copy of which LINA has attached to this notice as Exhibit A.

2. Lewallen seeks the recovery of long term disability benefits under the CDI Corporation group long term disability policy ("Policy"). Exhibit A, ¶¶ 3-4; 35-38..

3. LINA is the claim administrator that made the long term disability benefit claim and appeal determinations under the Policy at issue in this case. *Id*., at ¶¶ 18; 25; 31; 36.

4. LINA is the defendant in a civil action that Lewallen filed in the District Court of Boulder County, Colorado, entitled *Lewallen v. Life Insurance Company of North America,* No. 2012 CV 968, Division 5. *Id.*

5. LINA was served with copies of the Summons and Complaint on October 11, 2012 by service on the Colorado Division of Insurance. *See* summons and notice of service, a copy of which LINA has attached to this notice as Exhibit B.

6. Upon inquiry by its counsel, LINA states that no further state court proceedings have occurred or are scheduled in this matter.

7. In compliance with D.C.COLO.LCivR 81.1.A, LINA will file with the Clerk of this Court a copy of the current docket sheet from the state court action within fourteen (14) calendar days after filing this notice of removal.

8. Lewallen alleges that he is entitled to short term disability benefits and long term disability benefits under the Policy. Exhibit A, at ¶¶ 32; 36-38.

9. The Policy is part of an employee welfare benefit plan that the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, governs. Exhibit A, at ¶¶ 3; 34-39; s*ee also* 29 U.S.C. § 1002(1)(A).

10. Lewallen has based his only claim for relief on ERISA. Exhibit A, at ¶¶ 34-39.

11. This Court has original "federal question" jurisdiction over this action pursuant to 28 U.S.C. § 1331 (general federal question jurisdiction provision), and 29 U.S.C. § 1132(e) (ERISA jurisdiction provision).

12. As a civil action founded on a claim or right arising under the laws of the United States, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

Case 1:12-cv-02884-RBJ   Document 1   Filed 11/01/12   USDC Colorado   Page 3 of 4

13.     The state court in which this action was commenced is within this Court's district, and therefore, this action is properly removable to this Court under 28 U.S.C. §§ 1441 (a) and 1446.

14.     LINA will serve and certify service of copies of this Notice of Removal to Lewallen as required by 28 U.S.C. § 1446(d).

15.     LINA will file a copy of this notice of removal with the Clerk of the District Court of Boulder County, Colorado, pursuant to 28 U.S.C. § 1446(d).  LINA has attached a copy of the state court notice as Exhibit C.

THEREFORE, defendant Life Insurance Company of North America requests that the above-referenced action in the District Court of Boulder County, Colorado be removed to this Court, and requests that this Court enter such further orders as may be necessary and proper.

DATED this 1st day of November, 2012.

Respectfully submitted,

*s/Jack M. Englert, Jr.*
Jack M. Englert, Jr.
HOLLAND & HART LLP
6380 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
jenglert@hollandhart.com
303-290-1087

**ATTORNEYS FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2012, a true and correct copy of the foregoing was served by electronic mail, addressed to:

> Joel C. Maguire, Esq.
> Dietze and Davis, P.C.
> 2060 Broadway, Suite 400
> Boulder, CO  80302
> jmaguire@dietzedavis.com

> s/ Jack M. Englert, Jr.
> Jack M. Englert, Jr.
> HOLLAND & HART LLP
> 6380 S. Fiddler's Green Circle, Suite 500
> Greenwood Village, Colorado  80111
> (303) 290-1087

5821257_1