**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-2884-RBJ

DAVID LEWALLEN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff David Lewallen and defendant Life Insurance Company of North America provide notice of their dismissal of this action with prejudice with the parties to bear their own legal fees and costs.

Dated:  March 12, 2013.

Respectfully submitted,

| | |
|---|---|
| *s/Joel C. Maguire* | *s/Jack M. Englert, Jr.* |
| Joel C. Maguire, Esq. | Jack M. Englert, Jr. |
| DIETZE AND DAVIS, P.C. | HOLLAND & HART LLP |
| 2060 Broadway, Suite 400 | 6380 S. Fiddlers Green Cir, Suite 500 |
| Boulder, CO  80302 | Greenwood Village, CO 80111 |
| 303-447-1375 | 303-290-1087 |
| | |
| Attorneys for Plaintiff David Lewallen | Attorneys for Defendant Life Insurance Company of North America |

6084839_1